150 A.3d 817

CHATEAU FOGHORN

v.

HOSFORD

Pet. Docket No. 427, Sept. Term, 2016

Court of Appeals of Maryland.

December 2, 2016

Reported below: 229 Md.App. 499, 145 A.3d 616.

Petition for writ of certiorari granted.

■

150 A.3d 817

CLARKSVILLE RESIDENTS AGAINST MORTUARY

v.

DONALDSON PROPERTIES

Pet. Docket No. 411, Sept. Term, 2016

Court of Appeals of Maryland.

December 2, 2016

Opinion of the Court of Special Appeals unreported (No. 1762, Sept. Term, 2014).

Petition for writ of certiorari granted.